B6A (Official Form 6A) (12/07)

In re: **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**                    Case No. __12-53677__
                                    **Debtors**                                                                                (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Land Debtor(s) home:**<br>**Acres: 1.07**<br>**Address:**<br>**481 Macedonia Ch. Road**<br>**Viena, GA 31092**<br>**Crisp County**<br>**(includes a 1999 28x66 mobile home that is valued at $22,833.00).** | **Fee Owner** | **W** | **$ 32,370.00** | **$ 52,541.75** |
| | | Total ➤ | **$ 32,370.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**,  Case No. **12-53677**

**Debtors**  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **$50.00 Cash.** | **J** | **50.00** |
| Cash on hand | | **Hunting equipment (deer)** | **H** | **300.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account, Checking #1:**<br>**Bank:Bank of Dooly**<br>**Account:01052000** | **J** | **-439.47** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom master suite, Room #1.** | **J** | **250.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom, child suite #1.** | **J** | **200.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom, single bed not part of a suite.** | **J** | **50.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Cell Phone #1.** | **J** | **50.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Cell Phone #2.** | **J** | **50.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Den sofa and chair suite.** | **J** | **250.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Den tables.** | **J** | **50.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dinette set (table and chairs).** | **J** | **75.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dishwasher.** | **J** | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dryer.** | **J** | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **DVD Player.** | **J** | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Entertainment Center (furniture).** | **J** | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Freezer.** | **J** | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Appliances (small misc.).** | **J** | **50.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**      Case No.  **12-53677**
_____
**Debtors**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Lamps.** | J | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Linens.** | J | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Suite.** | J | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Microwave #1.** | J | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Plates, Glasses & Cups.** | J | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Pots, Pans & Flatware.** | J | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Recliner #1.** | J | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator.** | J | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Stereo.** | J | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Stove.** | J | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Television 27" screen.** | J | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Television wide screen.** | J | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **VCR #1.** | J | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Washer.** | J | 100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Movies, DVD's.** | J | 100.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Music CD's and cassettes.** | H | 50.00 |
| 6. Wearing apparel. | | **Clothing, Debtor, female.** | W | 300.00 |
| Wearing apparel. | | **Clothing, Debtor, male. (Husband)** | H | 300.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**,        Case No.  **12-53677**

                                    **Debtors**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Clothing, Debtors' children.** | J | **200.00** |
| 7. Furs and jewelry. | | **Bracelet #1, Female.** | W | **50.00** |
| Furs and jewelry. | | **Bracelet #2, Female.** | W | **50.00** |
| Furs and jewelry. | | **Earrings.** | W | **50.00** |
| Furs and jewelry. | | **Necklace #1, Female.** | W | **50.00** |
| Furs and jewelry. | | **Necklace, male.** | H | **50.00** |
| Furs and jewelry. | | **Watch, Male.** | H | **25.00** |
| Furs and jewelry. | | **Wedding ring set, Female.** | W | **300.00** |
| Furs and jewelry. | | **Wedding Ring, Male. (Husband)** | H | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera.** | W | **25.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **Gun, Pistol. 2** | H | **600.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **Gun, Rifle.** | H | **75.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **Gun, Shotgun.** | H | **75.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **Knives** | H | **400.00** |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement**<br>**Company: Merrill Edge**<br>**Type of Account: IRA**<br>**(Through employer)** | H | **874.96** |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa** ,          Case No.  **12-53677**

**Debtors**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Motorcycle. Make:Suzuki Model:Boulevard Year:2006 Mileage:** | **H** | **3,422.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vehicle #1. Make:Jeep Model:Compass Year:2012 Mileage:** | **H** | **24,370.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vehicle #2. Make:Dodge Model:1500 Year:2012 Mileage:** | **H** | **24,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment:  Computer and Printer.** | **J** | **500.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**          Case No.  **12-53677**
_____          _____
**Debtors**                                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **Animals, Cat.** | J | **10.00** |
| Animals. | | **Animals, Dog.** | J | **10.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawnmower riding.** | J | **200.00** |
| Other personal property of any kind not already listed. Itemize. | | **Tools.** | H | **100.00** |

4    continuation sheets attached                    Total    >    **$ 59,322.49**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**          Case No. **12-53677**
_____          _____
Debtors                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                     $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| $50.00 Cash. | Ga. Code Ann. § 44-13-100(a)(6) | 50.00 | 50.00 |
| Animals, Cat. | Ga. Code Ann. § 44-13-100(a)(6) | 10.00 | 10.00 |
| Animals, Dog. | Ga. Code Ann. § 44-13-100(a)(6) | 10.00 | 10.00 |
| Bedroom master suite, Room #1. | Ga. Code Ann. § 44-13-100(a)(4) | 250.00 | 250.00 |
| Bedroom, child suite #1. | Ga. Code Ann. § 44-13-100(a)(4) | 200.00 | 200.00 |
| Bedroom, single bed not part of a suite. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Bracelet #1, Female. | Ga. Code Ann. § 44-13-100(a)(5) | 50.00 | 50.00 |
| Bracelet #2, Female. | Ga. Code Ann. § 44-13-100(a)(5) | 50.00 | 50.00 |
| Camera. | Ga. Code Ann. § 44-13-100(a)(4) | 25.00 | 25.00 |
| Cell Phone #1. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Cell Phone #2. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Clothing, Debtor, female. | Ga. Code Ann. § 44-13-100(a)(4) | 300.00 | 300.00 |
| Clothing, Debtor, male. (Husband) | Ga. Code Ann. § 44-13-100(a)(4) | 300.00 | 300.00 |
| Clothing, Debtors' children. | Ga. Code Ann. § 44-13-100(a)(4) | 200.00 | 200.00 |
| Den sofa and chair suite. | Ga. Code Ann. § 44-13-100(a)(4) | 250.00 | 250.00 |
| Den tables. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Dinette set (table and chairs). | Ga. Code Ann. § 44-13-100(a)(4) | 75.00 | 75.00 |
| Dishwasher. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| Dryer. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| DVD Player. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| Earrings. | Ga. Code Ann. § 44-13-100(a)(5) | 50.00 | 50.00 |
| Entertainment Center (furniture). | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re   **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**                     Case No.   **12-53677**
_____                                    _____
Debtors                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Freezer. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| Gun, Pistol. 2 | Ga. Code Ann. § 44-13-100(a)(6) | 600.00 | 600.00 |
| Gun, Rifle. | Ga. Code Ann. § 44-13-100(a)(6) | 75.00 | 75.00 |
| Gun, Shotgun. | Ga. Code Ann. § 44-13-100(a)(6) | 75.00 | 75.00 |
| Hunting equipment (deer) | Ga. Code Ann. § 44-13-100(a)(6) | 300.00 | 300.00 |
| Kitchen Appliances (small misc.). | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Knives | Ga. Code Ann. § 44-13-100(a)(6) | 400.00 | 400.00 |
| Lamps. | Ga. Code Ann. § 44-13-100(a)(4) | 75.00 | 75.00 |
| Lawnmower riding. | Ga. Code Ann. § 44-13-100(a)(4) | 200.00 | 200.00 |
| Linens. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Living Room Suite. | Ga. Code Ann. § 44-13-100(a)(4) | 200.00 | 200.00 |
| Microwave #1. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Movies, DVD's. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| Music CD's and cassettes. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Necklace #1, Female. | Ga. Code Ann. § 44-13-100(a)(5) | 50.00 | 50.00 |
| Necklace, male. | Ga. Code Ann. § 44-13-100(a)(5) | 50.00 | 50.00 |
| Office equipment:  Computer and Printer. | Ga. Code Ann. § 44-13-100(a)(4) | 500.00 | 500.00 |
| Plates, Glasses & Cups. | Ga. Code Ann. § 44-13-100(a)(4) | 25.00 | 25.00 |
| Pots, Pans & Flatware. | Ga. Code Ann. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Recliner #1. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| Refrigerator. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| Retirement Company: Merrill Edge Type of Account: IRA (Through employer) | Ga. Code Ann. § 44-13-100(a)(2.1) | 874.96 | 874.96 |
| Stereo. | Ga. Code Ann. § 44-13-100(a)(4) | 150.00 | 150.00 |
| Stove. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |
| Television 27" screen. | Ga. Code Ann. § 44-13-100(a)(4) | 100.00 | 100.00 |

**B6C (Official Form 6C) (4/10) - Cont.**

In re    **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**                    Case No.    **12-53677**

Debtors                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Television wide screen.** | **Ga. Code Ann. § 44-13-100(a)(4)** | **500.00** | **500.00** |
| **Tools.** | **Ga. Code Ann. § 44-13-100(a)(6)** | **100.00** | **100.00** |
| **VCR #1.** | **Ga. Code Ann. § 44-13-100(a)(4)** | **50.00** | **50.00** |
| **Washer.** | **Ga. Code Ann. § 44-13-100(a)(4)** | **100.00** | **100.00** |
| **Watch, Male.** | **Ga. Code Ann. § 44-13-100(a)(5)** | **25.00** | **25.00** |
| **Wedding ring set, Female.** | **Ga. Code Ann. § 44-13-100(a)(5)** | **300.00** | **300.00** |
| **Wedding Ring, Male. (Husband)** | **Ga. Code Ann. § 44-13-100(a)(5)** | **50.00** | **50.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re  **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa** .       Case No.  **12-53677**

Debtors                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  222601110200 <br> **Capital One/Suzuki** <br> **P.O. Box 30253** <br> **Salt Lake City, UT 84130-0253** | | H | **5/2006** <br> **Certificate of Title** <br> **Motorcycle.** <br> **Make:Suzuki** <br> **Model:Boulevard** <br> **Year:2006.** <br> **Mileage:** <br> **Monthly payment is $139.00, past due 4.** <br><br> **VALUE $3,422.00** | | | | **4,000.00** | **578.00** |
| ACCOUNT NO.  n/a <br> **Davis Atkins, Sr.** <br> **1082 Billy Strong Rd.** <br> **Dawson, GA 39842** | | J | **01/31/2012** <br> **Mortgage** <br> **Land Debtor(s) home:** <br> **Acres: 1.07** <br> **Address:** <br> **481 Macedonia Ch. Road** <br> **Viena, GA 31092** <br> **Crisp County** <br> **(includes a 1999 28x66 mobile home that is valued at $22,833.00).** <br> **Payments are $450.75 monthly, current.** <br><br> **VALUE $32,370.00** | | | | **52,541.75** | **20,171.75** |

2    continuation sheets
      attached

Subtotal ➤
(Total of this page)

| | |
|---|---|
| $   **56,541.75** | $   **20,749.75** |

Total ➤
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Vincent Maurizio Spaventa  Jennifer Goodman Spaventa**          Case No.  **12-53677**
                                         **Debtors**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **44827**<br>**GM Financial**<br>**P.O. Box 181145**<br>**Arlington, TX 760961145** | | H | **5/2012**<br>**Certificate of Title**<br>**Vehicle #2.**<br>**Make:Dodge**<br>**Model:2500**<br>**Year:2012**<br>**Mileage:**<br>**Monthly payment is $499.00, past due 3.**<br><br>**VALUE $24,000.00** | | | | 24,472.00 | 472.00 |
| ACCOUNT NO.  **607100462215**<br>**One Main Financial**<br>**6801 Colwell Blvd.**<br>**C/S Care Debt**<br>**Irving, TX 75039** | | J | **4/2012**<br>**Certificate of Title**<br>**Household Goods & Furnishings**<br><br>**VALUE $1,000.00** | | | | 8,301.00 | 7,301.00 |
| ACCOUNT NO.  **3000011547244**<br>**Santander Consumer USA**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 560284**<br>**Dallas, TX 75356-0284** | | H | **4/2012**<br>**Certificate of Title**<br>**Vehicle #1.**<br>**Make:Jeep**<br>**Model:Compass**<br>**Year:2012**<br>**Mileage:**<br>**Monthly payment of $603.00, current.**<br><br>**VALUE $24,370.00** | | | | 28,067.00 | 3,697.00 |

Sheet no.  1 of  2 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $    60,840.00 | $    11,470.00 |
| $ | $ |

(Report also on Summary of   (If applicable, report
Schedules)                  also on Statistical
                            Summary of Certain
                            Liabilities and
                            Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa** .           Case No.  **12-53677**
**Debtors**                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **100639**<br><br>**World Finance**<br>**130 E Main St**<br>**Forsyth, GA 31029** | | H | **9/2012**<br>**Non-Purchase Money Security Agreement**<br>**Misc. household goods and furnishings.**<br>**Monthly payment $88.00, past due 2.**<br><br>**VALUE $275.00** | | | | 320.00 | 45.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $        **320.00** | $        **45.00** |
| $   **117,701.75** | $   **32,264.75** |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**            Case No.  <u>12-53677</u>

Debtors                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**                    Case No.    **12-53677**
_____                                    _____
Debtors                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Georgia Department of Revenue Bankruptcy Section 1800 Century Blvd., N.E. Atlanta, GA 30345** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**I.R.S./Insolvency P.O. Box 7346 Philadephia, PA 19101-7346** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no.  1  of  1  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ►<br>(Totals of this page) | $ **0.00** | $ **0.00** | $ **0.00** |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**                 Case No.  **12-53677**
_____                                              _____
Debtors                                                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **Multiple**<br><br>**Crisp Regional Hospital**<br>**P.O. Box 5007**<br>**Cordele, GA 31015** | | H | **Mulitple**<br><br>**Medical Bills** | | | | 459.19 |
| ACCOUNT NO.   **Multiple**<br><br>**Crisp Regional Hospital Physicians**<br>**c/o Crisp Regional Hospital**<br>**P.O. Box 5007**<br>**Cordele, GA 31010** | | H | **Multiple**<br><br>**Medical Bill** | | | | 419.50 |
| ACCOUNT NO.   **F000048060**<br><br>**Crisp Regional Pediatric**<br>**408 E. 3rd Ave.**<br>**Cordele, GA 31015** | | W | **9/2012**<br><br>**Medical Bill** | | | | 47.54 |
| ACCOUNT NO.   **32021000278362**<br><br>**Household Finance**<br>**P.O. Box 9068**<br>**Brandon, FL 33509**<br><br><br>**Galaxy Asset Purchasing, LLC**<br>**P.O. Box 1390**<br>**Anaheim, CA 92815-1390**<br><br>**Curtis O Barnes, P.C.**<br>**P.O. Box 1390**<br>**Anaheim, CA 92815-1390** | | J | **4/2005**<br><br>**Line of Credit** | | | | 17,956.88 |

2   Continuation sheets attached

Subtotal ➤  $                    18,883.11

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**          Case No. **12-53677**
_____                       _____
Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **13423**<br><br>**M.D. Guido H. Ring**<br>**106 W 4th Ave**<br>**Cordele, GA 31015** | | W | **4/2012**<br><br>**Medical Bill** | | | | **290.44** |
| ACCOUNT NO.   **21673**<br><br>**Premier Orthopedics, PC**<br>**2405 Osler Ct.**<br>**Albany, GA 31707-0214** | | H | **11/2011**<br><br>**Dental Bill** | | | | **14.73** |
| ACCOUNT NO.   **24349**<br><br>**Radiology Assoc. of Albany**<br>**417 W 3rd Ave.**<br>**Albany, GA31702-1966** | | H | **11/2011**<br><br>**Medical Bill** | | | | **33.64** |
| ACCOUNT NO.   **1981**<br><br>**Radiology Assoc. of Albany**<br>**417 W 3rd Ave.**<br>**Albany, GA31702-1966** | | W | **10/2012**<br><br>**Medical Bill** | | | | **37.00** |
| ACCOUNT NO.   **3000012777849**<br><br>**Santander Consumer USA**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 560284**<br>**Dallas, TX 75356-0284** | | H | **3/2006**<br><br>**Balance on a 2003 Dodge Caravan that was totaled in 2/2012.** | | | | **523.00** |

      **2**   Continuation sheets attached

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal   ➤  $          **898.81**

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**                    Case No.  **12-53677**
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Multiple**<br><br>**Southwest GA Rehab., Inc.**<br>**1107 B Greer Street**<br>**Cordele, GA 31015** | | H | **Multiple**<br><br>**Medical Bills** | | | | **409.50** |
| ACCOUNT NO.  **914623**<br><br>**Southwest Georgia Healthcare**<br>**220 Alston Street**<br>**Richland, GA 31825-6012** | | J | **8/2012**<br><br>**Medical Bill** | | | | **17.00** |

_2_  Continuation sheets attached

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  **426.50**

Total  ➤  $          **20,208.42**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**    ,    Case No.  **12-53677**
                                        Debtors                                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: __Vincent Maurizio Spaventa    Jennifer Goodman Spaventa__ .          Case No.   __12-53677_____
                              **Debtors**                                                (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

| In re | Vincent Maurizio Spaventa Jennifer Goodman Spaventa | Case No. | 12-53677 |
|---|---|---|---|
| | Debtors | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | Son | 13 |
| | Daughter | 10 |
| | Daughter | 7 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Service Tech.** | **Administrative Assistant** |
| Name of Employer | **Echosphere, LLC** | **United Hospice** |
| How long employed | **5 months** | **1 1/2 month** |
| Address of Employer | **9601 S. Meridian Blvd. Englewood, CO 80112** | **708 East 16th Avenue Cordele, GA 31015** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 1,900.00 | $ | 2,080.00 |
| 2. Estimate monthly overtime | $ | 450.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,350.00 | $ | 2,080.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 273.70 | $ | 295.72 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) **Child Support** | $ | 319.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 592.70 | $ | 295.72 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,757.30 | $ | 1,784.28 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) **Income Tax Refund Mo. Ave. Est.** | $ | 103.70 | $ | 103.70 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 103.70 | $ | 103.70 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,861.00 | $ | 1,887.98 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 3,748.98** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re  **Vincent Maurizio Spaventa Jennifer Goodman Spaventa**                    Case No.    **12-53677**
                                             Debtors                                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**The above itemized income of debtor represents the estimated average  since commencing work with this employer. No change is anticipated in the next 12 months.**

B6J (Official Form 6J) (12/07)

In re **Vincent Maurizio Spaventa Jennifer Goodman Spaventa**          ,          Case No.          **12-53677**

Debtors                                                                                                   (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 450.75 |
|    a. Are real estate taxes included?    Yes ✓    No | | |
|    b. Is property insurance included?    Yes ✓    No | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 215.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other **Cell Phone** | $ | 175.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 40.00 |
| 4. Food | $ | 420.00 |
| 5. Clothing | $ | 125.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 75.00 |
| 8. Transportation (not including car payments) | $ | 380.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 120.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 85.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 185.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Car Tags** | $ | 70.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Education for dependent children < 18** | $ | 90.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,450.75 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**none**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 3,748.98 |
|    b. Average monthly expenses from Line 18 above | $ | 2,450.75 |
|    c. Monthly net income (a. minus b.) | $ | 1,298.23 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Vincent Maurizio Spaventa    Jennifer Goodman Spaventa**          Case No.  **12-53677**
                           Debtors                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **24**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **1/23/2013**                          Signature:  **/s/ Vincent Maurizio Spaventa**
                                                          **Vincent Maurizio Spaventa**
                                                                    Debtor

Date:  **1/23/2013**                          Signature:  **/s/ Jennifer Goodman Spaventa**
                                                          **Jennifer Goodman Spaventa**
                                                               (Joint Debtor, if any)

                                         [If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re **Vincent Maurizio Spaventa   Jennifer Goodman Spaventa**

Debtors

Case No. **12-53677**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,748.98 |
| Average Expenses (from Schedule J, Line 18) | $ 2,450.75 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 6,073.90 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 32,264.75 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 20,208.42 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 52,473.17 |