**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | | |
|---|---|---|---|
| IN RE: | §§ | | BANKRUPTCY CASE |
| **Vincent Maurizio Spaventa** and | §§ | | NO.    12-53677 |
| SS#:  XXX-XX- 4770 | §§ | | |
| **Jennifer Goodman Spaventa** | §§ | | CASE UNDER CHAPTER 13 |
| SS#:  XXX-XX- 6295 | §§ | | |
| **DEBTOR(S)** | §§ | | |

**NOTICE**

DEBTOR(S) HAS FILED PAPERS WITH THE COURT TO MODIFY DEBTOR'S CHAPTER 13 PLAN PURSUANT TO SECTION 1323 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

ANYONE WISHING TO OBJECT TO THE MODIFIED PLAN MUST DO SO IN WRITING ON OR BEFORE THE DATE OF :

**May 17, 2013**

AND FILE THE ORIGINAL OBJECTION WITH THE COURT AT THE FOLLOWING ADDRESS:

**CLERK, UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA; P.O. BOX 1957, MACON, GA 31202 (478-752-3506),**

AND SERVE A COPY OF THE OBJECTION ON THE ATTORNEY FOR THE DEBTOR(S), RAY HOLLAND, ATTORNEY AT LAW, P.O. BOX 824, ASHBURN, GA 31714.  ANY OBJECTIONS TO CONFIRMATION OF THE PLAN AS MODIFIED WILL BE HEARD AT THE CONFIRMATION HEARING.

THE CONFIRMATION HEARING ON THE PLAN IS SCHEDULED FOR:

**DATE:** April 29, 2013        **TIME:** 1:30 O'CLOCK P. M.

**LOCATION:** US BANKRUPTCY COURTHOUSE, 433 CHERRY STREET, MACON, GEORGIA; COURTROOM B.

AT THE HEARING ON CONFIRMATION A CONTINUATION OF THE CONFIRMATION HEARING FOR THE MODIFIED PLAN WILL BE REQUESTED TO THE FOLLOWING DATE AND TIME:

**DATE:** June 10, 2013        **TIME:** 1:30 O'CLOCK P. M.

**LOCATION:** US BANKRUPTCY COURTHOUSE, 433 CHERRY STREET, MACON, GEORGIA; COURTROOM B.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS TO OBJECT, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MODIFIED CHAPTER 13 PLAN AND ENTER AN ORDER CONFIRMING THE PLAN.

This day of April 26, 2013.

HOLLAND & HOLLAND, ATTORNEYS AT LAW, LLC

BY: _____*/S/ Ray Holland*_____

RAY HOLLAND, ATTORNEY AT LAW, GA. BAR NO. 361012

P. O. BOX 824; ASHBURN, GEORGIA 31714-0824; 229-567-2824

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | | |
|---|---|---|---|
| **IN RE:** | §§ | **BANKRUPTCY CASE** | |
| **Vincent Maurizio Spaventa** and | §§ | NO. 12-53677 | |
| SS#: XXX-XX- 4770 | §§ | | |
| **Jennifer Goodman Spaventa** | §§ | **CASE UNDER CHAPTER 13** | |
| SS#: XXX-XX- 6295 | §§ | | |
| **DEBTOR(S)** | §§ | | |

## MOTION FOR MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The Debtors, under the authority of Section 1323 of the Bankruptcy code, file this motion for modification of the Chapter 13 Plan previously filed in this case and respectfully show:

1.

Debtors have herewith in lieu of the Plan originally filed in this case filed a modified Chapter 13 Plan with the following changes from the original Plan:

| | |
|---|---|
| 1- The monthly Plan payment to the Chapter 13 Trusee shall henceforth be: | **$715** |
| 2- The Jeep vehicle is surrendered to the Creditor Santander. | |
| 3- The monthly assigned payment to the Creditor GM Financial is increased to: | **$593** |
| 4- The monthly assigned payment to the Creditor Capital One/Suzuki is increased to | **$86** |
| 5- A secured Creditor 1st Franklin is added with collateral and terms of payment described and an assigned payment of: **$20** | |

A copy of the Chapter 13 Plan, Modification 1 is attached hereto.

2.

After notice and opportunity for objections, the Chapter 13 Plan, Modification 1, attached hereto should become the Debtors' confirmed Chapter 13 Plan

WHEREFORE, the Debtors pray that this motion for modification of the Chapter 13 Plan be approved and confirmed.

This day of April 26, 2013.

RESPECTFULLY SUBMITTED:

HOLLAND & HOLLAND, ATTORNEYS AT LAW, LLC

BY: _____ */S/ Ray Holland*
RAY HOLLAND, ATTORNEY AT LAW, GA. BAR NO. 361012
P. O. BOX 824; ASHBURN, GEORGIA 31714-0824; 229-567-2824
229-567-2824

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Vincent Maurizio Spaventa** | §§ | |
| | SS#: XXX-XX- 4770 **and** | §§ | **CHAPTER 13 BANKRUPTCY CASE NO.** |
| | **Jennifer Goodman Spaventa** | §§ | **12-53677** |
| | SS#: XXX-XX - 6295 | §§ | |
| | **Debtors** | §§ | |

**CHAPTER 13 PLAN:    Modification       1**

1. The future earnings of the debtors are submitted to the supervision and control of the trustee, and the debtors (or the debtors' employer) shall pay to the trustee the sum of **$715    monthly**.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) The trustee percentage fee as set by the United States Trustee.

   (b) The monthly payments will be made on the following long-term debts: (Payments which come due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.)

   **None**

   (c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after filing of a proof of claim by the creditor. These payments will be applied to reduce the principal sum of the claim.

| Name of Creditor | Adequate Protection Amount |
|---|---|
| Capital One/Suzuki | $9 |
| GM Financial | $59 |

   (d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See § 1325(a).

| Name of Creditor | Amount Due | Interest Rate | Collateral | Monthly Payment |
|---|---|---|---|---|
| GM Financial | $23,747.00 | 5.00% | Dodge<br>Model:1500<br>Year:2012 | $593 |

   (e) After confirmation of the plan, the secured creditors with allowed claims will be as follows:

| Name of Creditor | Amount Due | Value | Interest Rate | Collateral | Monthly Payment Amount |
|---|---|---|---|---|---|
| Capital One/Suzuki | $4,000.00 | $3,422.00 | 5.00% | Suzuki<br>Model:Boulevard<br>Year:2006. | $86 |
| 1st Franklin | $607.60 | Debt | 5.25% | 2nd Television; computer & monitor | $25 |

   (f) Attorneys fees ordered pursuant to 11 U.S.C. §507(a)(2) of    $3,000.00    to be paid as follows:
   Monthly Payment Amount

**Chapter 13 Plan:  1 of 4 Pages**
*rh Spaventa Chapter 13 New Plan and Forms 1 24 2013 MODIFICATION 1 4/25/2013*

| Pursuant to Current Administrative Order on Attorney Fee Awards | Pay according to Administrative Order |
|---|---|

(g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:
   **None**

(h) The following collateral is surrendered to the creditor:

| Name of Creditor | Description of Collateral |
|---|---|
| Santander Consumer USA | JeepModel:CompassYear:2012 |

(i) The following domestic support obligations will be paid over the life of the Plan as follows:
(These payments will be made simultaneously with payment of the secured debt to the extent funds are available and will include interest at the rate of _____ %. (If this is left blank, no interest will be paid.)
   **None**

(j) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured debt:
   **None**

(k) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(l) The Debtor(s) will be the disbursing agent on the following debts:

| Creditor Paid Directly | Payment Period | Collateral | Payment |
|---|---|---|---|
| Davis Atkins, Sr. | monthly | Land Debtors home: Acres: 1.07; Address: 481 Macedonia Ch. Road; Viena, GA 31092; Crisp County (includes a 1999 28x66 mobile home) | $451 |

(m) Special Provisions:

   (1) Upon discharge, all non-purchase money, non-possessory liens and all judicial liens in the property of the bankruptcy estate provided in 11 U.S.C. § 522(f), will be avoided pursuant to 11 U.S.C. §522(f), and upon notice of discharge, the creditors shall cancel said lien(s) of record within 15 days of such notice. This provision shall apply to the following:

| Creditor | Non-purchase money, non-possessory liens on Collateral: |
|---|---|
| One Main Financial | household goods, furnishings and/or jewelry and/or tools of trade |
| World Finance | household goods, furnishings and/or jewelry and/or tools of trade |

   (2) No payments are provided under this Plan for the following Creditors, whose claims shall be treated under this Plan as unclassified unsecured claims, due to the avoidance of claims of liens on household goods and furnishings above, the lack of any equity in subordinate liens claimed on vehicles, and claims of liens on vehicles not properly perfected under state law:

| Creditor | Collateral Claimed With No Equity Or Subject to Avoided Lien |
|---|---|
| One Main Financial | Household good and furnishings (lien avoided) |
| World Finance | Household good and furnishings (lien avoided) |

(3) Any direct payments on real property which come due after the filing of the petition but before confirmation will be cured and added to the prepetition arrearage claim.

(4) Payments on which the Debtor(s) are the disburseing agents shall commence with the following month:

**January, 2013**

(5) Debtor makes the following request regarding income deduction orders:

**Debtors request income deduction orders EQUALLY FROM BOTH DEBTORS' SALARIES.**

(6) Upon discharge each creditor set forth in paragraphs 2(d), 2(e) and 2(g) above, other than long term creditors for which this Plan provides payments beyond the term of the Plan, shall cancel and satisfy of record any liens upon the Debtor's property (including motor vehicle titles, manufactured home titles, deeds to secure debt, and financing statements) and return said documents to the Debtor.

(7) The Creditor, Capital One/Suzuki, shall immediately return possession of the collateral, 2006 Suzuki Boulevard Model, which said Creditor repossessed from the Debtor, to the Debtor, and the claims of said Creditor shall be paid under the Plan as provided above in this Chapter 13 Plan.

(8) The Suzuki motorcycle constitutes a second vehicle of the Debtors, the Debtors having surrendered the Jeep vehicle, which was the previous second vehicle, under this modification, and is necessary transportation.

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three).

(i) Debtor(s) will pay all of his disposable income as shown on Form B22C of **$0** to the non priority unsecured creditors in order to be eligible for a discharge.

(ii) If the Debtor(s) filed a Chapter 7 case, the priority and other unsecured creditors would receive **$0.** Debtor will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge in this case.

(iii) The debtor will pay **$0** to the general unsecured creditors to be distributed prorata.

(o) General unsecured creditors whose claims are duly proven and allowed will be paid (choose only one):

(i) **0%** dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

(ii) Debtor(s) will make payments for _____ months and anticipates a dividend of _____, but will also exceed the highest amount shown in paragraph (n)(i), (n)(ii) or (n)(iii) above.

(p)  Unless otherwise ordered by the court, all property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to the court's jurisdiction, notwithstanding §1327(b), except as otherwise provided in paragraph (m) above. Property of the estate not paid to the trustee shall remain in the possession of the debtor. All property in the possession and control of the debtor shall be insured by the debtor. The chapter 13 Trustee will not and is not required to insure assets and has no liability for injury to any person, damage or loss to any property in possession and control of the debtor or other property affected by property in possession and control of the debtor.

(q)  Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

Date:   April 26, 2013                                              */S/  Ray Holland*
*44*                                                                **Ray Holland, Attorney for Debtors (Ga. Bar. No. 361012)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | | |
|---|---|---|---|
| **IN RE:** | | §§ | **BANKRUPTCY CASE** |
| **Vincent Maurizio Spaventa** | **and** | §§ | **NO.   12-53677** |
| SS#: XXX-XX- 4770 | | §§ | |
| **Jennifer Goodman Spaventa** | | §§ | **CASE UNDER CHAPTER 13** |
| SS#: XXX-XX- 6295 | | §§ | |
| **DEBTOR(S)** | | §§ | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the trustee, all creditors and parties in interest identified in attached Exhibit "A", a copy of the following:

1- Chapter 13 Plan, Modification Number:    1         2- Motion for Modification of Plan before Confirmation.

3- Notice of Time to Respond and of Hearing

Service of the above items has been accomplished by depositing copies of said items in the United States Mail with the adequate postage and address to assure delivery to the entities identified above and in attached Exhibit "A", except for the Trustee who was served electronically.

This day of    April 26, 2013.

*/S/ Ray Holland*

RAY HOLLAND, ATTORNEY AT LAW, GA. BAR NO. 361012
HOLLAND & HOLLAND, ATTORNEYS AT LAW, LLC
P. O. BOX 824; ASHBURN, GEORGIA 31714-0824; 229-567-2824

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

SANTANDER CONSUMER USA
P.O Box 961245
Ft. Worth, TX 76161-0244

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356-0284

1st Franklin Financial Corp
PO Box 581
Montezuma, GA 31063-0581

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Aubrey Bellamy
118 McKenzie Road
Cordele, GA 31015

Capital One/Suzuki
P.O. Box 30253
Salt Lake City, UT 84130-0253

Crisp Regional Hospital
P.O. Box 5007
Cordele, GA 31010-5007

Crisp Regional Hospital Physicians
c/o Crisp Regional Hospital
P.O. Box 5007
Cordele, GA 31010-5007

Crisp Regional Pediatric
408 E. 3rd Ave.
Cordele, GA 31015-3605

Curtis O Barnes, P.C.
P.O. Box 1390
Anaheim, CA 92815-1390

Davis Atkins, Sr.
1082 Billy Strong Rd.
Dawson, GA 39842-3676

GM Financial
P.O. Box 181145
Arlington, TX 760961145

Galaxy Asset Purchasing, LLC
P.O. Box 1390
Anaheim, CA 92815-1390

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
1800 CENTURY BLVD NE
SUITE 17200
ATLANTA GA 30345-3206

Household Finance
P.O. Box 9068
Brandon, FL 33509-9068

I.R.S./Insolvency
P.O. Box 7346
Philadephia, PA 19101-7346

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

M.D. Guido H. Ring
106 W 4th Ave
Cordele, GA 31015-3214

One Main Financial
6801 Colwell Blvd.
C/S Care Debt
Irving, TX 75039-3198

Premier Orthopedics, PC
2405 Osler Ct.
Albany, GA 31707-0215

Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Radiology Assoc. of Albany
417 W 3rd Ave.
Albany, GA 31701-1943

Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

Southwest GA Rehab., Inc.
1107 B Greer Street
Cordele, GA 31015-1921

(c)SOUTHWEST GEORGIA HEALTHCARE
510 ALSTON ST
RICHLAND GA  31825-6012

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

World Finance
130 E Main St
Forsyth, GA 31029-1848

EXHIBIT A, Page 1 of 2

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202-0954

Jennifer Goodman Spaventa
481 Macedonia Church Road
Vienna, GA 31092-8800

Vincent Maurizio Spaventa
481 Macedonia Church Road
Vienna, GA 31092-8800

)0

EXHIBIT A, Page 2 of 2